# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | 5:07-CR-09 (WDO) |
| LAWRENCE WALTHOUR, | : | |
| | : | |
| Defendant | : | |

## ORDER

This matter is before the Court on Defendant Walhour's motion for this Court to rule pretrial regarding whether certain statements by the alleged co-conspirators that may be used by the government at trial should be excluded. Because Defendant failed to elaborate on what statements may be in issue, who allegedly made what statements, whether the statements may be relevant or whether the statements may be admissible, the Court will decline to rule on said statements at this time and will await the trial to determine if the government, at the time it intends to introduce the statements, has met the requirements that the statements were made in the course of and in furtherance of the conspiracy pursuant to Federal Rule of Criminal Procedure Rule 801(d)(2)(E). Defendant Walthour's motion is DENIED without prejudice.

SO ORDERED this 8th day of May 2007.


S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE